21 A.3d 1183

IN THE MATTER OF WILLIAM ENRIQUE AGRAIT, AN
ATTORNEY AT LAW (ATTORNEY NO. 039721983).

July 15, 2011.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–411, concluding that **WILLIAM ENRIQUE AGRAIT** of **NEWARK,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 1.7(a) and (b) (concurrent conflict of interest) and *RPC* 1.9(a) (conflict of interest), and good cause appearing;

It is ORDERED that **WILLIAM ENRIQUE AGRAIT** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.